

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2019

No. 04-19-00817-CV

**IN THE INTEREST OF R.J.G. AND J.A.G., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1982-CI-10537
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On November 15, 2019, appellant filed a notice of appeal in the trial court. When the notice of appeal was filed, a filing fee of $205 was due in this court. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Aug. 28, 2015). However, appellant did not pay the filing fee. On November 19, 2019, the clerk of this court sent appellant a letter notifying him of the deficiency and requesting payment of the filing fee by December 2, 2019. To date, appellant has neither paid the filing fee, nor filed a sworn statement of inability to pay court costs.

Therefore, we **ORDER** appellant, on or before **December 27, 2019**, to either: (1) pay the filing fee; or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that an indigent party who files a statement of inability to pay court costs may be permitted to proceed on appeal without payment of costs).

If appellant fails to respond within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 5 (providing that an appellate court may enforce a rule requiring the payment of costs "by any order that is just"); TEX. R. APP. P. 42.3 (authorizing an appellate court to dismiss an appeal when an appellant fails to comply with a court order within a specified time).

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2019.



Michael A. Cruz,
Clerk of Court